# FORD & PAULEKAS, LLP
### Attorneys at Law

280 Trumbull Street
Hartford, CT 06103
860.527.0400
Fax 860.249.7500

February 14, 2024

FILED/REC'D
2024 FEB 15 P 2:15
CLERK OF COURT
U.S. DISTRICT COURT
W.D. OF WI

Clerk of the Court
U.S. District Court
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703

**SENT VIA FEDERAL EXPRESS – 7751 8130 6754**

Re:  Bacarella Transportation Services, Inc. d/b/a BTX Global Logistics v. Pro-X Logistics, LLC and Ivica Ilic

Dear Sir/Madam:

Enclosed please find the following regarding the above-referenced matter:

(1) AO 451 form registering the United States District Court District of Connecticut Default Judgment in action 3:23-cv-01053-SVN pursuant to 28 USC §1963; and
(2) Our firm's check in the amount of $52.00.

Kindly register this judgment in the Western District of Wisconsin Court.

Thank you for your attention to this request.

Most cordially,

Houston Putnam Lowry
(860) 808-4213
PTL@HPLowry.com

HPL/kc
Enclosures as stated

cc:  Andrew F. Marquis – via email/amarquis@scopelitis.com